NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAPID COMPLETIONS LLC,**
*Appellant*

**v.**

**BAKER HUGHES INCORPORATED, BAKER HUGHES OILFIELD OPERATIONS, INC.,**
*Appellees*

---

2019-1240, 2019-1241

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00596, IPR2016-00597, IPR2016-01496, IPR2016-01505.

---

## JUDGMENT

---

WASIF QURESHI, Jackson Walker LLP, Houston, TX, argued for appellant. Also represented by GREGORY J. GONSALVES, Gonsalves Law Firm, Falls Church, VA.

MARK T. GARRETT, Norton Rose Fulbright US LLP, Austin, TX, argued for appellees. Also represented by STEPHANIE DEBROW, EAGLE HOWARD ROBINSON; JONATHAN S. FRANKLIN, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 13, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court